IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>-v-<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>Defendant. | Civil Action No. 8:20-cv-02128 |

## NOTICE OF APPEARANCE

Please take notice that Gary R. Kessler from the law firm of Martenson, Hasbrouck & Simon LLP appears in this case as counsel for Defendant Chipotle Mexican Grill, Inc., and requests that all future pleadings, orders, and correspondence be directed to his attention.

Respectfully submitted this 25th day of September, 2020.

/s/ Gary R. Kessler
Gary R. Kessler, Esq.
Florida Bar No. 232777
Elizabeth Bulat Turner (*Pro hac vice* application forthcoming)
Georgia Bar No. 558428
Hee Won Choi (*Pro hac vice* application forthcoming)
Georgia Bar No. 364457
Martenson, Hasbrouck & Simon LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30319
gkessler@martensonlaw.com
bturner@martensonlaw.com
lchoi@martensonlaw.com

*Counsel for Defendant Chipotle Mexican Grill, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will notify the following attorney of record:

Brandi Lorraine Meredith
Equal Employment Opportunity Commission
501 E Polk St. Ste. 1000
Tampa, FL 33602-3924
813-202-7930
Brandi.meredith@eeoc.gov

Respectfully submitted this 25th day of September, 2020.

/s/ Gary R. Kessler
Gary R. Kessler, Esq.
Florida Bar No. 232777
Elizabeth Bulat Turner (*Pro hac vice* application forthcoming)
Georgia Bar No. 558428
Hee Won Choi (*Pro hac vice* application forthcoming)
Georgia Bar No. 364457
Martenson, Hasbrouck & Simon LLP
2573 Apple Valley Road NE
Atlanta, Georgia 30319
gkessler@martensonlaw.com
bturner@martensonlaw.com
lchoi@martensonlaw.com

*Counsel for Defendant Chipotle Mexican Grill, Inc.*